# IN THE SUPREME COURT OF THE STATE OF NEVADA

BILLY CEPERO,
                          Appellant,
                  vs.
THE STATE OF NEVADA,
                          Respondent.

No. 81178

FILED

JUN 05 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
          DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court minute order denying a "motion for appointment of attorney and evidentiary hearing" and denying an "ex parte motion for order to transport prisoner." Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Because no statute or court rule allows for an appeal from the aforementioned minute order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Hardesty

_____, J.
Cadish

20-21183

cc: Hon. Douglas W. Herndon, District Judge
Billy Cepero
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

Supreme Court
of
Nevada

(O) 1947A